IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON, OHIO

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, *et al.*, | CASE NO. 3:17-cv-00245 |
| Plaintiffs, | JUDGE THOMAS M. ROSE |
| v. | |
| TRINITY REBAR AND CONCRETE SUPPLIES, LLC, *et al.*, | **AGREED DISMISSAL ENTRY** |
| Defendants. | |

Pursuant to FRCP 41(a)(2), the Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust (the "Plaintiffs") and the Defendants Trinity Rebar and Concrete Supplies, LLC, Glenn Jeffries, Donovan Farley, and Jamie Reed (the "Defendants"), hereby state that they have reached a settlement of all claims in this matter and that they hereby dismiss, with prejudice, all of their claims in this case. This Court hereby retains jurisdiction to enforce the parties' settlement agreement.

Dated: April 5, 2018

\*s/Thomas M. Rose
_____
Judge Thomas M. Rose, U.S. District Court Judge

Agreed:

_/s/ James C. Carpenter_
James C. Carpenter (0012228)
Steptoe & Johnson PLLC
41 S. High St., Ste. 2200
Columbus, OH 43215
(614) 221-5100 phone
(614) 221-0952 fax
james.carpenter@steptoe-johnson.com

*Counsel for Defendants Trinity Rebar and
Concrete Supplies, LLC, Glenn Jeffries,
Donovan Farley, and Jamie Reed*

_/s/ Joseph D. Mando_
Joseph C. Hoffman, Jr. (0056060)
Joseph D. Mando (0082835)
Matthew T. Hurm (0088818)
Faulkner, Hoffman & Phillips, LLC
20445 Emerald Parkway Dr., Suite 210
Cleveland, Ohio 44135-6029
(216) 781-3600 phone
(216) 781-8839 fax
hoffman@fhplaw.com
joseph@fhplaw.com
hurm@fhplaw.com

*Counsel for Plaintiffs Iron Workers District
Council of Southern Ohio & Vicinity Benefit
Trust, Iron Workers District Council of
Southern Ohio & Vicinity Pension Trust, and
Iron Workers District Council of Southern
Ohio & Vicinity Annuity Trust*